## Davin, Administratrix, *v.* Levin et al., Appellants.

Argued October 1, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*H. E. McCamey,* with him *H. A. Robinson* and *Dickie, Robinson & McCamey,* for appellants.

*E. V. Buckley,* with him *Mercer & Buckley,* for appellee.

PER CURIAM, November 10, 1947:

The. judgment is affirmed on the opinion of Judge O'TOOLE of the court below.